Frank A. Fila
Arizona State Bar No.: 011476
**THE SMITH FILA LAW FIRM**
301 S. 2nd Avenue
Yuma, Arizona 85364
Telephone: (928) 783-8811
Facsimile:  (928) 782-2018
Email: *Info@smithfila.com*

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel M. Castillo and Eva D. Castillo, husband and wife, | ) Case No. <br> ) <br> ) **COMPLAINT** |
| Plaintiffs, | ) **(Federal Tort Claims Act)** |
| vs. | ) <br> ) |
| United States of America, | ) <br> ) |
| Defendant. | ) |

Plaintiffs, Miguel M. Castillo and Eva D. Castillo, by and through their attorney undersigned, allege against the Defendant as follows:

**JURISDICTION AND VENUE**

1. Jurisdiction over the claims in this action is conferred upon the court by 28 U.S.C. §§ 1332, 1346, and 1441.

2. Venue is proper pursuant to 28 U.S.C. § 1402.

**THE PARTIES**

3. Plaintiffs are residents of Yuma County, Arizona.  All acts and events giving rise to Plaintiffs' claims hereinafter alleged occurred in Yuma County, Arizona.

4. Plaintiffs are informed and believe and thereupon allege that Defendant, United States of America, was the owner of the motor vehicle driven by William McAvoy, and which vehicle was involved in the accident hereinafter described.

5. At all relevant times herein, William McAvoy, was an agent, servant and/or employee of the Defendant United States of America and was acting in the course and scope of his employment.

6. At all times herein mentioned, William McAvoy, was operating the Defendant's vehicle involved in the accident described herein with the knowledge, permission and consent of its owner, Defendant, United States of America.

7. United States of America is subject to suit pursuant to 28 U.S.C. §§ 2671, *et seq.*, the Federal Tort Claims Act ("FTCA"). The administrative claim requirements of 28 U.S.C. § 2675 have been complied with by each of the plaintiffs and six (6) months have elapsed without disposition of same.

## COUNT I -
## COMMON LAW NEGLIGENCE/NEGLIGENCE PER SE
**(On Behalf of each Plaintiff and Against the Defendant)**

8. Plaintiffs hereby incorporate and re-allege paragraphs 1-7 above herein by reference.

9. On November 13, 2015, Plaintiff, Miguel M. Castillo, was operating his 2001 White GMC Yukon, in which his wife, Plaintiff, Eva D. Castillo, was the front seat passenger, and traveling west on East 56th Street approaching its intersection with State Highway 195 in the County of Yuma, State of Arizona, and had slowed down due to a farm tractor traveling slowly in front of him at which time they were struck from behind by a Silver 2010 Dodge Caravan, registered to Defendant United States of America, being driven by William McAvoy.

10. On said date and at said place, Defendant's agent, servant, and/or employee William McAvoy operated Defendant's vehicle in an unlawful, reckless, and negligent manner, thereby causing said vehicle to collide with Plaintiffs' vehicle with enough force as to seriously injure Plaintiffs.

11. As a proximate result of the conduct of the Defendant, Plaintiffs Miguel M. Castillo and Eva D. Castillo, sustained serious and permanent physical and emotional injury, all of which has caused and will continue to cause them mental, physical and nervous pain and suffering. Plaintiffs are informed and believe, and thereon allege, that some of said injuries will be of a permanent nature and will result in some permanent disability to Plaintiffs, all to their general damages in an amount not yet ascertained.

12. As a further proximate result of the conduct of the Defendant, Plaintiffs were required to and did employ physicians, surgeons and hospitals to examine, treat and care for Plaintiffs and did incur, and will in the future incur, medical and other related expenses in connection therewith.  The exact amount of such present and future expenses is unknown to Plaintiffs at this time and, therefore, Plaintiffs ask leave to prove and, if required by the Court, to amend this Complaint to show the reasonable value of such medical services at time of trial.

13. As a further proximate result of the conduct of the Defendant, Plaintiffs' automobile was damaged, wrecked, and depreciated in an amount to be determined prior to trial.

14. As a further proximate result of the conduct of the Defendant, Plaintiff Miguel M. Castillo was prevented from attending his usual occupation and has thereby suffered a loss of income and/or earning capacity.  The exact amount of such loss is unknown to Plaintiffs at this time, and, therefore, Plaintiffs ask leave to prove and, if required by the Court, to amend this Complaint to show the reasonable value of such loss of earnings.

**WHEREFORE**, Plaintiffs, and each of them, request judgment against Defendant United States of America, as follows:

1. Compensatory damages in the amount of $127,942.00 for Miguel M. Castillo; $58,918.99 for Eva D. Castillo; and property damages in the amount of $10,554.40;

2. Plaintiffs' costs incurred herein;

3. For such other and further relief as the Court deems proper in the premises.

DATED this 14th day of May, 2020.

**THE SMITH FILA LAW FIRM**

By: s/*Frank A. Fila*
    Frank A. Fila
    **THE SMITH FILA LAW FIRM**
    301 S. 2nd Avenue
    Yuma, Arizona 85364
    *Attorney for Plaintiffs*